IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EAST COAST CONCRETE, INC.,

  Plaintiff,

v.

LAFARGE NORTH AMERICA, INC.,

  Defendant.

CIVIL ACTION NO. CV204-183

## ORDER

Douglas M. Robinson, Attorney of record for the Defendant has filed a Motion for Reconsideration of this Court's Order dated March 30, 2006. That Order granted, subject to conditions, the Motion for Leave of Absence filed by Robinson. Counsel's Motion for Reconsideration is **GRANTED**. The Order dated March 30, 2006 is **vacated**. The application for Leave of Absence requested by Douglas M. Robinson for the period from May 24, 2006, through and including June 7, 2006, in the captioned case is hereby **GRANTED**.

**SO ORDERED**, this 10th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)